ACCEPTED
03-15-00620-CR
8157716
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/9/2015 12:50:09 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00620-CR

IN THE

COURT OF APPEALS

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/9/2015 12:50:09 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | § | APPELLANT |
| VS. | § | |
| DENNIS DAVIS | § | APPELLEE |

APPEAL FROM THE 167TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-09-900185

### STATE'S FIRST MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) The Trial Court filed an Order dismissing the indictment in this case on September 9, 2015. The State of Texas filed a notice of appeal in the above cause on October 1, 2015. The clerk's record was filed on October 12, 2015. The reporter's

1

record was filed on November 10, 2015.

(b)     The State's brief is currently due on **December 9, 2015**.

(c)     This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **none**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since the State filed its notice of appeal, the undersigned attorney has completed and filed an answer in two other cases pending in the 390th Judicial District Court of Travis County on a writ of habeas corpus on remand from the Court of Criminal Appeals (*Ex parte Keith Taylor*, Nos. WR-79,497-05 and WR-79,497-06); completed and filed appellate briefs in two cases (*Jonas Smith v. State of Texas*, COA #14-15-00037-CR; and *In the Matter of B.S.*, COA #07-15-00148-CV); and, prepared for and participated in oral argument before this Court on two cases (*Darius Dontae Lovings and State of Texas*, COA #03-14-00088-CR and 03-14-00408-CR; and *In the Matter of N.G.-D.*, COA #03-14-00437-CV).

2. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

2

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **January 8, 2016.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ Kathryn A. Scales*
Kathryn A. Scales
Assistant District Attorney
State Bar No. 00789128
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. (512) 854-4810
Kathryn.Scales@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 325 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ Kathryn A. Scales*
Kathryn A. Scales
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 9th day of December, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellee's attorney, Linda Icenhauer-Ramirez, Attorney at Law, 1103 Nueces, Austin, Texas 78701, ljir@aol.com.

*/s/ Kathryn A. Scales*
Kathryn A. Scales
Assistant District Attorney